UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:25-cr-206-CEM-LHP
 18 U.S.C. § 287

ANDREA FRISBY

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about April 15, 2021, in the Middle District of Florida, and elsewhere, the defendant,

ANDREA FRISBY,

did knowingly make and present to a department and agency of the United States, a claim upon and against the United States, and any department and agency thereof, that is, a Paycheck Protection Program loan application, knowing such claim to be false, fictitious, and fraudulent.

In violation of 18 U.S.C. § 287.

GREGORY KEHOE
United States Attorney

By: _____
Rachel S. Lyons
Special Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division